**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Polotani LATU, Defendant–Appellant.**

**No. 05–10836.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

Thomas C. Muehleck, AUSA, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Richard T. Pafundi, Esq., Office of Richard T. Pafundi, Attorney at Law, Honolulu, HI, for Defendant–Appellant.

Before: GOODWIN, RYMER, and FISHER, Circuit Judges.

MEMORANDUM **

Polotani Latu appeals from the 240–month sentence imposed following a limited remand under *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir.2005) (en banc).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Latu's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Latu did not file a pro se brief and the Government did not file an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).